THE NEW YORK LIFE INSURANCE AND TRUST COMPANY, as Trustee under the Will of FRANCIS W. LASAK, Deceased, Appellant, *v.* OPHELIA J. CUTHBERT et al.; ANTOINETTE LUCINDA SCHERMERHORN, Appellant; MARY A. FROST et al., as Executors of CALVIN FROST, Deceased, et al., Respondents.

*N. Y. Life Ins. & Trust Co.* v. *Cuthbert*, 31 App. Div. 191, affirmed.
(Argued October 24, 1899; decided November 21, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 16, 1898, modifying and, as modified, affirming a decree entered upon the report of a referee.

*R. E. Robinson* and *Lucius N. Palmer* for appellants.

*Ralph E. Prime, Michael H. Cardozo* and *G. G. & F. Reynolds* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except O'BRIEN, J., absent, and BARTLETT, J., not sitting.